1  RENEE M. MARCELLE (SBN 135643)
   LAW OFFICES OF RENEE M. MARCELLE
2  930 IRWIN STREET, SUITE 218
3  San Rafael, CA 94901
   Telephone: (415) 456-4444
4  Facsimile: (415) 456-3383

5  Attorney For PLAINTIFFS,
   STEPHEN KELLEY and KATHY KELLEY
6

7

8                   UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO
9

10
    STEPHEN & KATHY KELLEY,          )   Case No.: 3:09-cv-01538-SI
11                                   )
         PLAINTIFFS,                  )   STIPULATION FOR AN
12                                   )   EXTENSION OF PLAINTIFFS'
         and                          )   OPPOSITION TO DEFENDANT
13                                   )   AURORA'S MOTION TO DISMISS
                                     )
14  Homecomings Financial, LLC., and/or)
    Homecomings Financial Inc., Mortgage Electronic)
15  Registration Systems, Inc., Aurora Loan Services)
    LLC., and Cal-Western Reconveyance Corp. And)
16  DOES 1-100,                       )
17                                   )
         DEFENDANTS                   )
18  _____)

19

20       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, STEPHEN

21  and KATHY KELLEY, hereafter "the KELLEY'S", by and through their attorney RENEE M.

22  MARCELLE and DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

23  as represented by GEOFF BRETHEN, WHO AND WHO, as follows:

24  WHEREAS:

25
    The Parties agree to the following stipulate to the following:
26

27

28                                    1

1. The parties each agree that in order to allow plaintiffs the opportunity to file their amended complaint concurrently with their opposition to defendants' motion to dismiss plaintiffs' complaint, that plaintiffs be granted an extension from the current May 29, 2009 deadline. Plaintiffs will therefore file both their amended complaint and opposition to defendants' motion to dismiss on or before June 8, 2009.

It is so stipulated:

Dated: 5/29/09

_____
RENEE M. MARCELLE,
Attorney for Plaintiffs/
the KELLEY's

Dated: 5/29/09

_____
GEOFF BRETHEN
Attorney for Defendant/
MERS

It is so ordered:

Dated:

_____
JUDGE OF THE DISTRICT COURT

2