IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN KELLEY & KATHY KELLEY,<br><br>          Plaintiffs,<br><br>   v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *et al.*,<br><br>          Defendants.<br>                                                                    / | No. C 09-01538 SI<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |

Defendant Mortgage Electronic Registration Systems, Inc. filed a motion to dismiss plaintiff's complaint on May 7, 2009. On June 9, 2009, plaintiff filed a first amended complaint. [Docket No. 12] Defendant's motion to dismiss the initial complaint is denied without prejudice to refiling, should defendant seek to dismiss the amended complaint. The June 19, 2009 hearing on defendant's motion is VACATED.

**IT IS SO ORDERED.**

Dated: June 17, 2009

SUSAN ILLSTON
United States District Judge