```
1  RENEE M. MARCELLE (CA SBN 135643)
   MANPREET BAINS (CA SBN 257924)
2  LAW OFFICES OF RENEE M. MARCELLE
   930 Irwin Street, Suite 218
3  San Rafael, CA 94901
   Telephone: (415) 456-4444
4  Facsimile: (415) 456-3383
5  Attorney for Plaintiffs,
   STEPHEN and KATHY KELLEY
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| Stephen Kelley<br>& Kathy Kelley, as individuals<br><br>Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK, CAL-WESTERN RECONVEYANCE CORPORATION, AS TRUSTEE, AURORA LOAN SERVICES, LLC. A Delaware Corporation, HOMECOMINGS FINANCIAL, LLC, a Delaware Limited Liability Company, HOMECOMINGS FINANCIAL NETWORK, INC., a Delaware Corporation, GMAC MORTGAGE, LLC., a Delaware Limited Liability Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:09-cv-01538-SI<br><br>HON.: SUSAN ILLSTON<br><br>STIPULATION SETTING DATE FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER<br><br>Complaint Filed: March 24, 2009<br>Trial Date: None |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, STEPHEN

and KATHY KELLEY, by and through their attorney MANPREET BAINS, and

1

**STIPULATION AND ORDER**

DEFENDANTS AURORA LOAN SERVICES LLC and AURORA BANK FSB, as represented by JUSTIN D. BALSER, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., represented by Geoff Brethen, and HOMECOMINGS FINANCIAL, LLC and GMAC MORTGAGE, LLC, both represented by Frederick A. Haist:

WHEREAS:

1. The parties agree that Plaintiffs' motion for a preliminary injunction seeking to enjoin the August 20, 2009 non-judicial foreclosure sale of Plaintiffs' property shall be heard on August 14, 2009 at 9:00 a.m. in Courtroom 10 on the 19th Floor of the above-referenced court to coincide with the hearing on Defendants' motions to dismiss Plaintiffs' First Amended Complaint. The parties agree that Defendants shall have up to and including August 7, 2009 to file their oppositions to Plaintiffs' motion for preliminary injunction. Any joinders to the oppositions shall be filed on or before 5:00 p.m. on August 10, 2009.

2. By entering into this stipulation, Defendants do not agree to the issuance of any temporary restraining order or injunction, and this stipulation shall not be deemed to be an injunction against the Defendants' actions in any capacity concerning the Plaintiffs' loan and property.

**IT IS SO STIPULATED.**

Dated: July 31, 2009          /s/ Manpreet Bains
                              MANPREET BAINS,
                              Attorney for Plaintiffs
                              STEPHEN and KATHY KELLEY

Dated: July 31, 2009          /s/ Justin D. Balser
                              JUSTIN D. BALSER

2

STIPULATION AND ORDER

| | |
|---|---|
| | Attorney for Defendants,<br>AURORA LOAN SERVICES LLC and<br>AURORA BANK FSB |
| Dated: July 31, 2009 | /s/ Geoff Brethen<br>GEOFF BRETHEN<br>Attorney for Defendant,<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| Dated: July 31, 2009 | /s/ Frederick A. Haist<br>FREDERICK A. HAIST<br>Attorney for Defendant,<br>HOMECOMINGS FINANCIAL, LLC and GMAC MORTGAGE, LLC |

**IT IS SO ORDERED:**

Dated: August 5, 2009

_____
Hon.
UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Susan Illston / signed Susan Illston]

3

STIPULATION AND ORDER